IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria, Virginia

GOVERNMENT EMPLOYEES         )
INSURANCE COMPANY,           )
                             )
        Plaintiff,           )
                             )
   v.                        )
                             )   Civil Action No. 1:04cv507
                             )
GOOGLE, INC. AND             )
OVERTURE SERVICES, INC.,     )
                             )
        Defendants.          )

ORDER

For the reasons stated in open court, as amplified by the accompanying Memorandum Opinion, defendant Google's oral Motion for Judgment as a Matter of Law under Fed. R. Civ. P. 52(c) is GRANTED IN PART AND DENIED IN PART; and it is hereby

ORDERED that the parties advise the Court within thirty (30) days as to whether they have resolved this litigation or plan to proceed on the remaining issues.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 8th day of August, 2005.

                              _____/s/_____
                              Leonie M. Brinkema
                              United States District Judge
Alexandria, Virginia